IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CHARLES WAGNER,**

    Plaintiff,

v.                                                       NO.: 04-2696-BV

**MERIT DISTRIBUTION,**
**AUSTIN TRUCK & TRAILER REPAIR CENTER,**
**JAMES AUSTIN SR.,** in his individual capacity, and
**JAMES AUSTIN JR.,** in his individual capacity,

    Defendants.

---

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

---

It appearing to this Court that good cause is shown and that the parties Joint Motion for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified to allow Plaintiff up to and including May 27, 2005 to make his Rule 26 expert disclosure and be modified to allow the Defendants up to and including June 27, 2005 to make their Rule 26 expert disclosure.

*Diane K. Vescovo*
*Magistrate*
UNITED STATES DISTRICT JUDGE
DATE: May 2, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT