IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 16 PM 3:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CHARLES WAGNER,

Plaintiff,

v.                                                          No. 04-2696-BV

MERIT DISTRIBUTION,
AUSTIN TRUCK & TRAILER REPAIR CENTER,
JAMES AUSTIN, SR., in his individual capacity, and
JAMES AUSTIN, JR., in his individual capacity,

Defendants.

## AMENDED CONSENT ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to this Court that good cause is shown and that the parties' Joint Motion for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified to allow Plaintiff up to and including May 27, 2005 to make his Rule 26 expert disclosure and be modified to allow the Defendants up to and including July 27, 2005 to make their Rule 26 expert disclosure.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: May 16, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-17-05

14

AGREED:

*Charles A. Sevier* by permission /s/

Charles A. Sevier
Eskins, King & Sevier, P.C.
50 North Front Street, Suite 1170
Memphis, TN  38103
901-578-6902

Attorney for Plaintiff
Charles Wagner

*John W. Simmons*

John W. Simmons
Kiesewetter Wise Kaplan Prather, PLC
3725 Champion Hills Drive, Suite 3000
Memphis, TN  38103
901-795-6695

Roland M. Lowell
Bruce, Weathers, Corley & Lyle
Twentieth Floor, AmSouth Center
315 Deadrick Street
Nashville, TN  37238-2075
615-255-0540

Attorneys for Defendants
Merit Distribution, Austin Truck & Trailer Repair Center,
James Austin, Sr. and James Austin, Jr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT