IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**CHARLES WAGNER,**

    **Plaintiff,**

**vs.**

**DOCKET NO.: 04-2696 BV**

**MERIT DISTRIBUTION,
AUSTIN TRUCK & TRAILER REPAIR CENTER,
JAMES AUSTIN, SR., in his individual capacity, and
JAMES AUSTIN, JR., in his individual capacity,**

    **Defendants.**

## ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER AND ANSWERS

It appearing to the Court that Defendants James Austin, Sr.'s, Merit Distribution, Inc.'s, James Austin, Jr.'s and Austin Truck & Trailer Repair Center, LLC's Motion to Amend Scheduling Order and Answers is well taken and should be granted in that good cause is shown for the amendment of the Scheduling Order to allow Defendants to move to amend their respective answers and that Defendants motions to amend their respective answers should also be granted,

It is therefore ordered that (1) the motion to amend the Scheduling Order to allow Defendants to move to amend their respective answers to add an affirmative defense is granted; (2) Defendants' motion to amend their respective answers is allowed; (3) Defendants' motion to amend their respective answers to add an affirmative defense as

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-19-05

requested in the motion is granted; and (4) ~~Defendants' respective answers are deemed to be so amended and filed without the need for any further filing.~~ Defendants are directed to file with the clerk an amended answer incorporating the new defense within 10 days of entry of this order & to serve a copy of same on opposing counsel.

Judge Diane K. Vescovo
U.S. Magistrate Judge

Date: August 17, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT