IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 PM 2:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**CHARLES WAGNER,**

    **Plaintiff,**

v.

**NO.: 04-2696 BV**

**MERIT DISTRIBUTION,**
**AUSTIN TRUCK & TRAILER REPAIR CENTER,**
**JAMES AUSTIN SR., in his individual capacity, and**
**JAMES AUSTIN JR., in his individual capacity,**

    **Defendants.**

---

## [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

THIS CAUSE came to be heard upon the Plaintiff's Motion to File a Reply Brief to Defendants Opposition to Plaintiff's Motion for Modification of the Court's Scheduling Order. Upon the Memorandum in Support of Plaintiff's Motion for leave of the Court to File a Reply Brief to Defendant's Opposition to Plaintiff's Motion for Modification of the Court's Scheduling Order and upon the record in this cause from which the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, AJUDGED AND DECREED by the Court that leave shall be granted to allow Plaintiff to file a Reply Brief to Defendant's Opposition to Plaintiff's Motion for Modification of the Court's Scheduling Order and shall have fifteen (15) days from the entry of this Order to file Plaintiff's proposed Reply Brief.

_____
Judge

September 14, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT