IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 30  PM 3:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHARLES WAGNER, | ) |
| Plaintiff, | ) |
| vs. | )  No. 04-2696BV |
| MERIT DISTRIBUTION, AUSTIN TRUCK & TRAILER REPAIR CENTER, JAMES AUSTIN, SR., and JAMES AUSTIN, JR., | ) |
| Defendants. | ) |

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Before the court is the August 29, 2005 motion of the plaintiff, Charles Wagner, to amend the scheduling order in order to extend the discovery deadline to November 20, 2005, and to extend the dispositive motion deadline to December 20, 2005.

For good cause shown the motion is granted in part. The court will extend the discovery deadline to November 15, 2005, and the dispositive motion deadline to November 23, 2005. All other dates remain the same.

IT IS SO ORDERED this 30th day of September, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-3-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT