IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES WAGNER,

     Plaintiff,

v.                                                    No. 04-2696 B

MERIT DISTRIBUTION, et al.,

     Defendants.

---

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR
EXTENSION OF TIME IN WHICH TO RESPOND TO SUMMARY JUDGMENT MOTIONS

---

Before the Court is the motion of the Plaintiff, Charles Wagner, for an extension of time in

which to respond to motions for summary judgment filed by the Defendants.  A disposition on the

merits of the motion is not warranted at this juncture, however, as the Plaintiff's filing is not in

compliance with the Local Rules of this district.  The Local Rules provide that motions must be

accompanied by a certificate of consultation "affirming that, after consultation between the parties

to the controversy, they are unable to reach an accord as to all issues or that all other parties are in

agreement with the action requested by the motion."  LR7.2(a)(1)(B), Local Rules of the U.S. Dist.

Ct. for the W. Dist. of Tenn. ("Local Rules").  The certificate of consultation

> must contain the names of participating counsel and the date and manner of
> consultation.  The burden will be on counsel filing the motion to initiate the
> conference upon giving reasonable notice of the time, place and specific nature of the
> conference.  If an opposing counsel or party refuses to cooperate in the conduct of a
> conference, counsel must file a certificate to that effect, setting out counsel's efforts
> to comply with this rule.

LR7.2(a)(1)(B), Local Rules.  In this case, there is no indication that counsel for the Plaintiff

conferred with opposing counsel on the matter which is the subject of the motion or that he made



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-3-05



any attempt to do so.  "Failure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion."  LR7.2(a)(1)(B), Local Rules.

As the motion is procedurally defective, it is hereby DENIED without prejudice.

IT IS SO ORDERED this _1st_ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT