IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 15 PM 3:22
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHARLES WAGNER,

    Plaintiff,

v.

NO.: 04-2696 BV

MERIT DISTRIBUTION,
AUSTIN TRUCK & TRAILER REPAIR CENTER,
JAMES AUSTIN SR., in his individual capacity, and
JAMES AUSTIN JR., in his individual capacity,

    Defendants.

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S PENDING MOTIONS FOR SUMMARY JUDGMENT

This cause came to be heard upon the Motion for Extension of Time in Which to Respond to Summary Judgment Motions and upon the Affidavit of Charles A. Sevier in support of Motion for Extension of Time in Which to Respond to Summary Judgment Motions from all of which it appears to the Court that Plaintiff's Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that the Plaintiff shall have thirty days from the date in which the parties complete discovery within which to respond to Defendants' Motions for Summary Judgment.

_Diane K. Vescovo_
~~Judge Daniel Breen~~
United States ~~District~~ Magistrate Judge
Date: November 14, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-15-05

(50)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02696 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Jonathan E. Kaplan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

John W. Simmons
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Roland M. Lowell
BRUCE WEATHERS CORLEY & LYLE
315 Deaderick Street
Ste. 2075
Nashville, TN 37238--207

Charles A. Sevier
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT